■ ARLEN TARLOFSKY et al., Respondents, v CHARLOTTE GROSSMAN, Appellant.—Order, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on or about February 2, 1987, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on November 26, 1986 is unanimously dismissed as having been superseded by the appeal from the order entered

on or about February 2, 1987, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Wallach, JJ.